WILL OF BIERKE: MUELLER, Appellant, vs. ZILLES, Respondent.

*May 3—May 21, 1907.*

*Wills: Contest: Costs on appeal.*

An appeal from a judgment of the circuit court sustaining the probate of a will having been taken in good faith, and the questions involved being worthy of consideration by the supreme court, costs awarded to respondent on the appeal are ordered paid out of the estate.

APPEAL from a judgment of the circuit court for Brown county: S. D. HASTINGS, Circuit Judge. *Affirmed.*

For the contestant and appellant there were briefs by *Greene, Fairchild, North & Parker,* and oral argument by *B. L. Parker.*

For the proponent and respondent there was a brief by *Calkins & McGruer;* for the respondents *Henry, Emily, Ida,* and *Edward Bierke* there was a brief by *John W. Reynolds,* guardian *ad litem,* and *Robert A. Kaftan,* of counsel; and the cause was argued orally by *Mr. L. A. Calkins* and *Mr. Kaftan.*

WINSLOW, J. This is a will contest. The contestant, who is a sister of the testator, filed objections to the probate of the will on the ground of mental incompetence and insane delusions on the part of the testator, as well as on the ground of undue influence. The will was admitted to probate in the county court, and on appeal to the circuit court this judgment was affirmed.

The questions here presented are purely questions of fact. The evidence has been carefully examined and is found entirely sufficient to sustain the conclusions of the circuit judge, whose very careful and able opinion leaves no material ques-

tion untouched. The testimony was quite voluminous, and a review of it would serve no useful purpose. The appeal appears to have been taken in good faith, and the questions involved are questions worthy of consideration by this court; hence the respondent's costs will be directed to be paid out of the estate. *Jones v. Roberts,* 96 Wis. 427, 70 N. W. 685, 71 N. W. 883.

*By the Court.*—Judgment affirmed, with costs to be taxed and paid out of the estate.